JS 44 (Rev. 08/18)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
JENNIFER A. FIDLER

**(b)** County of Residence of First Listed Plaintiff   Baldwin County, AL
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Alyce Spruell
Rosen Harwood, P.O. Box 2727,
Tuscaloosa, AL 35403  (205)344-5000

## DEFENDANTS
THE CITY OF FAIRHOPE, ALABAMA, KARIN WILSON,
in her official capacity as mayor of the City of Fairhope and
KARIN WILSON, individually

County of Residence of First Listed Defendant   Baldwin County, AL
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
Matthew C. McDonald
Kirkland E. Reid

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | | | ☒ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
29 U.S.C. § 206(d); 29 C.F.R. § 1620.1; 29 U.S.C. § 2601
Brief description of cause:
Plaintiff alleges violations of Equal Pay Act and other statutes arising from her employment termination.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
**DEMAND $**
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE                                DOCKET NUMBER

DATE
04/05/2019
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG. JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| JENNIFER A. FIDLER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>THE CITY OF FAIRHOPE, ALABAMA, KARIN WILSON, in her official capacity as mayor of the City of Fairhope and KARIN WILSON, individually,<br><br>　　　　Defendants. | Case No. 1:19-cv-00179 |

## JOINT NOTICE OF REMOVAL

　　　　Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, defendants City of Fairhope ("Fairhope") and Karin Wilson, individually, and in her official capacity as Mayor of the City of Fairhope ("Mayor Wilson") (collectively, "Defendants"), herby file this Joint Notice of Removal of the above-styled action to this Court.  In support of this Joint Notice of Removal, Defendants state as follows:

　　　　1.　　Fairhope and Mayor Wilson are named defendants in Civil Action No. 05-CV-2019-900247 filed by plaintiff Jennifer A. Fidler in the Circuit Court of Baldwin County, Alabama (the "State Court Action").

　　　　2.　　Plaintiff filed the State Court Action with the Clerk of the Circuit Court of Baldwin County, Alabama on February 23, 2019.  Plaintiff alleges, *inter alia*, that Defendants violated the Equal Pay Act, 29 U.S.C. § 206(d), and that plaintiff is "an employee within the meaning" of the Equal Pay Act, 29 C.F.R. § 1620.1.  Plaintiff further alleges that Defendants violated the Family Medical Leave Act, 29 U.S.C. § 2601, *et seq.*

{MB336125.1}

3. Fairhope was served with plaintiff's complaint on March 13, 2019. Mayor Wilson was served with plaintiff's complaint on March 19, 2019. Pursuant to 28 U.S.C. § 1446(b)(1), this Joint Notice is being filed with this Court within thirty (30) days after Defendants were served with plaintiff's summons and complaint.

4. This Court is the proper district court for removal because the State Court Action was filed within this district and division.

5. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon Defendants in the State Court Action is attached hereto as Exhibit A.

6. Fairhope is a municipality in Baldwin County, Alabama, organized and existing under the laws of the State of Alabama. Fairhope is alleged to be "an employer within the meaning set forth" in the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* *See* Exhibit A, Complaint, at ¶ 3.

7. Mayor Wilson is a resident of Baldwin County, Alabama, and is the Mayor of the City of Fairhope.

8. The claims for relief against Defendants alleged in the State Court Action arise out of plaintiff's employment with Fairhope and her subsequent termination. *See* Ex. A, Complaint. Plaintiff's claims are brought under the Equal Pay Act, 29 U.S.C. § 206(d), which is part of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*, and the Family Medical Leave Act, 29 U.S.C. § 2601, *et seq. Id.* Thus, this Court has original subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331. Further, this Court can exercise its supplemental jurisdiction over plaintiff's state law claims pursuant to 28 U.S.C. § 1367 because such claims "are so related to claims in the action within [the court's] original jurisdiction that they form part of the same case or controversy

under Article III of The United States Constitution." 28 U.S.C. § 1367(a). The above-styled action may properly be removed to this Court pursuant to 28 U.S.C. §1441(a).

9. Defendants have been served with the summons and complaint in the State Court Action and hereby join in removing the above-styled action to this Court, as required by 28 U.S.C. §1446(b)(2).

10. A copy of the notice of filing this notice of removal that will be filed with the Circuit Court of Baldwin County, Alabama on this date is attached hereto as Exhibit B, pursuant to 28 U.S.C. §1446(d).

11. The prerequisites for removal under 28 U.S.C. § 1441 have been met.

**WHEREFORE**, Defendants do hereby notice the removal of this action to the United States District Court for the Southern District of Alabama, Southern Division, being the district and division of the court for the county in which the action is pending, from the Circuit Court of Baldwin County, Alabama.

Respectfully submitted,

*/s/ Kirkland E. Reid*
Matthew C. McDonald (MCDOM2996)
Kirkland E. Reid (REIDK9451)
Jones Walker LLP
11 N. Water Street, Suite 1200
Mobile, AL 36602
Tel. (251) 439-7513
Email: kreid@joneswalker.com
*Attorneys for the City of Fairhope*

*Hope C. Hicks (with consent)*
Hope C. Hicks (HICKH4493)
Ball, Ball, Matthews & Novak, P.A.
445 Dexter Avenue, Suite 9045
Montgomery, AL 36104
Tel. (334)387-7680, Ext 176
Email: hhicks@ball-ball.com
*Attorney for Mayor Karin Wilson*

## **CERTIFICATE OF SERVICE**

This is to certify that on April 5, 2019, I electronically filed a true and correct copy of the foregoing using the CM/ECF system, and that I mailed via U.S. Mail the foregoing to the following:

Alyce M. Spruell
Rosen Harwood, P.A.
2200 Jack Warner Parkway, Suite 200
Tuscaloosa, AL 35401

/s/ *Kirkland E. Reid*
Kirkland E. Reid