# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **JENNIFER A. FIDLER,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACT. NO.  1:19-cv-179-TFM-N |
| ) | |
| **THE CITY OF FAIRHOPE,** ) | |
| **ALABAMA, AND KARIN WILSON,** ) | |
| **individually and in her official capacity** ) | |
| **as mayor of the City of Fairhope,** ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of Defendant Karin Wilson's *Motion for Partial Dismissal of Plaintiff's Complaint* (Doc. 4, filed 4/12/19), it is **ORDERED** that the Plaintiff shall file her response on or before **May 6, 2019**.  Defendant shall have until **May 13, 2019,** to file any reply she wishes to file.  The motion shall be taken under submission on that day for determination without oral argument unless the Court later determines oral argument is necessary.

The parties are further advised that they are required to submit a paper courtesy copy of briefs and supporting evidence to the Chambers of the undersigned if their motion and/or brief exceeds twenty (20) pages in length.

**DONE and ORDERED** this 15th day of April 2019.

 /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE