## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| JENNIFER A. FIDLER, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | CIVIL ACT. NO.  1:19-cv-179-TFM-N |
| | ) | |
| THE CITY OF FAIRHOPE, | ) | |
| ALABAMA, AND KARIN WILSON, | ) | |
| individually and in her official capacity | ) | |
| as mayor of the City of Fairhope, | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

Now pending before the Court is Defendant Karin Wilson's ("Wilson") unopposed *Motion for Partial Dismissal of Plaintiff's Complaint* and an accompanying brief in support of the motion (Docs. 4-5, filed 4/12/19).  Plaintiff Jennifer A. Fidler ("Plaintiff" or "Fidler") filed suit in state court against the City of Fairhope, Alabama ("Fairhope"), and against Wilson, both individually and in her official capacity as Mayor of Fairhope (collectively, "the Defendants").  *See* Doc. 1-1. The Defendants removed the case to federal court.  *See* Doc. 1.  In her complaint, Fidler, a former Public Works Director and City Horticulturalist for Fairhope, raises the following claims against the Defendants: (Count One) failure to equally compensate, in violation of, *inter alia*, the Equal Pay Act; (Count Two) civil conspiracy; (Count Three) breach of contract and violation of the Family Medical Leave Act ("FMLA"); (Count Four) tortious interference with a business contract or agreement; (Count Five) defamation; (Count Six) slander; and (Count Seven) libel.

In her motion, Wilson seeks dismissal with prejudice of certain specified claims as follows:

- all claims brought against her in her official capacity as mayor, asserting that they are duplicative of her claims against Fairhope;

- Plaintiff's claims of failure to equally compensate and violation of the FMLA in Wilson's individual capacity, arguing that she was not Plaintiff's employer in her individual capacity;

- Plaintiff's claim of breach of contract in Wilson's individual capacity, as Wilson had no contractual relationship with Plaintiff in her individual capacity;

- Plaintiff's claim for tortious interference with a business contract or agreement in Wilson's official capacity, as Wilson, in her official capacity, was not a stranger to the business agreement; and

- all claims for punitive damages against Wilson in her official capacity.

Plaintiff Jennifer A. Fidler ("Plaintiff" or "Fidler") filed a response indicating that she does not oppose the motion for partial dismissal as outlined by Wilson and asserting that, pending the Court's grant of dismissal, claims would remain against Wilson in her individual capacity in: Count Two (civil conspiracy); Count Four (tortious interference with a business contract or agreement); Count Five (defamation); Count Six (slander); and Count Seven (libel).

The Court **GRANTS** the motion for partial dismissal of Plaintiff's claims against Wilson. The following claims are hereby **DISMISSED WITH PREJUDICE**: all claims against Wilson in her official capacity as Mayor of Fairhope; all claims for punitive damages against Wilson in her official capacity as Mayor of Fairhope; and claims brought against Wilson in her individual capacity for failure to equally compensate (Count One), and violation of the FMLA and breach of contract (Count Two).

Additionally, the Court **ORDERS** Plaintiff to amend her Complaint **no later than Friday, May 31, 2019,** alleging with greater specificity the statutes and other laws under which each remaining claim is brought. As an example, where Plaintiff alleges, in Count One, that

Defendants' conduct constitutes "a violation of the Equal Pay Act as well as other applicable laws," Plaintiff is directed to specify which other "applicable laws" Defendants allegedly violated.  *See* Doc. 1-1 at 8.  This ensures clarity for the parties and the Court.

**DONE and ORDERED** this 14th day of May 2019.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE