IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JENNIFER A. FIDLER,<br><br>    Plaintiff,<br><br>vs.<br><br>KARIN WILSON, individually, and<br>THE CITY OF FAIRHOPE, ALABAMA<br><br>    Defendants. | Case No. 1:19-cv-00179-TFM-N |

**NOTICE OF ENDORSEMENT**

Pursuant to the ECF Procedures Manual, Kirkland E. Reid, attorney for defendant City of Fairhope, hereby certifies that my original signature was placed on the following document which was filed electronically filed on July 11, 2019:

( ) Joint Proposed Scheduling Order

( ) Stipulation of Dismissal

( ) Joint Motion for

(x) Other:    Report of Parties' Planning Meeting (doc. 16)

                                        Respectfully submitted,

                                        */s/ Kirkland E. Reid*
                                        Kirkland E. Reid (REIDK9451)
                                        Jones Walker LLP
                                        11 N. Water Street, Suite 1200
                                        Mobile, AL 36602
                                        Telephone: (251)439-7513
                                        kreid@joneswalker.com
                                        Attorney for City of Fairhope

{MB350563.1}

## **CERTIFICATE OF SERVICE**

      This is to certify that on July 12, 2019, I electronically filed a true and correct copy of the foregoing using the CM/ECF system, which will send notice to all counsel of record.

                                */s/ Kirkland E. Reid*
                                Kirkland E. Reid