## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **JENNIFER A. FIDLER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No.  1:19-cv-00179-TFM-M** |
| | ) | |
| **THE CITY OF FAIRHOPE,** | ) | |
| **ALABAMA AND KARIN** | ) | |
| **WILSON, IN HER OFFICIAL** | ) | |
| **CAPACITY AS MAYOR OF THE** | ) | |
| **CITY OF FAIRHOPE,AND** | ) | |
| **KARIN WILSON,** | ) | |
| **INDIVIDUALLY** | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF ENDORSEMENT

Pursuant to the ECF Procedures Manual, Hope C. Hicks, as counsel for Defendant Karin Wilson, individually and in her official capacity as Mayor of The City of Fairhope, hereby certifies that my signature was placed on the following document which was electronically filed on July 11, 2019:

( ) Joint Proposed Scheduling Order

( )  Stipulation of Dismissal

( ) Joint Motion for

( X)  Other:  Report of Parties' Planning Meeting

Respectfully submitted this 12th day of July, 2019.

**/s/Hope Curtis Hicks**
HOPE CURTIS HICKS (ASB-4963-U62H)
Attorney for Defendant Karin Wilson
BALL, BALL, MATTHEWS &
NOVAK, P.A.
445 Dexter Avenue
Suite 9045
Montgomery, Alabama 36104
(334) 387-7680
hhicks@ball-ball.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 12th day of July, 2019, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will provide notice to the following CM/ECF participants:

Alyce M. Spruell
Rosen Harwood, P.A.
2200 Jack Warner Parkway, Suite 200
Tuscaloosa, AL 35401
aspruellgroup@rosenharwood.com

Matthew C. McDonald
Kirkland E. Reid
Jones Walker LLP
11 N. Water Street, Suite 1200
Mobile, AL 36602
kreid@joneswalker.com

**/s/ Hope Curtis Hicks**
OF COUNSEL

2